# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### MISC.#   1:22mc20

THIS MATTER is before the Court as a result of regulations and procedures adopted by the Judicial Conference at its March 2003 meeting concerning the production or disclosure of documents and the testimony of judiciary personnel in legal proceedings. This Court hereby delegates to the Chief United States Probation Officer for the Western District of North Carolina the authority to make disclosure decisions regarding any case information, including but not limited to pretrial services reports and information, presentence reports, and supervision information acquired or prepared by U.S. Probation Office personnel during the performance of official duties, which is requested by any federal, state or local authority for purposes of judicial or administrative proceedings. This delegation of authority does not apply to the disclosure material that is governed by statute, regulation, or rule of procedure; or material specifically barred from disclosure by Order of the Court in a particular case.

The Court further directs the Chief U.S. Probation Officer for the Western District of North Carolina to follow the rules and regulations governed by the Guide, Vol 20, Ch 8, *Testimony and Production of Records.*

This Order supersedes Order 3:04MC113-MU dated August 9, 2004.

IT IS SO ORDERED, this the 25 day of July 2022.

Martin Reidinger, Chief
United States District Court Judge